UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRYIANT C. OVERTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:19-cv-00003 |
| STATE OF TENNESSEE, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 55) recommending the Court deny Overton's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2554 (Doc. No. 16). Two full months have passed and neither party has filed an objection.

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Despite this, the Court reviewed the R&R and agrees with its recommended disposition.

The R&R is **APPROVED AND ADOPTED**. Overton's Amended Petition for Writ of Habeas Corpus under 28 U.S.C. § 2554 (Doc. No. 16) is **DENIED**.

This is a final order. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1